(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

Innocent Rogers

_(In the space above enter the full name(s) of the plaintiff(s).)_

-against-

G. R. Johnson

Officer Diaz  (First name unknown)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)_

Civ. Action No. 17 - 1860
(To be assigned by Clerk's Office)

## COMPLAINT
_(Pro Se Prisoner)_

Jury Demand?
☐ Yes
☐ No

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**



FILED
DEC 27 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Page **1** of **10**

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## I. COMPLAINT

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

Check one:

☑ 42 U.S.C. § 1983 (state, county, or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

## II. PLAINTIFF INFORMATION

Rogers Innocent E
Name (Last, First, MI)                                      Aliases

00663877
Prisoner ID #

Sussex Correctional Institution
Place of Detention

Sussex Correctional Institution, P. O. Box 500
Institutional Address

Sussex County, Georgetown        DE           19947
County, City                     State         Zip Code

## III. PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☑ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced state prisoner
☐ Convicted and sentenced federal prisoner

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Officer Diaz ( First name Unknown)__
Name (Last, First)

__Housing unit-S / Block Officer 8-4 / 4-12 Shift__
Current Job Title

__P.O. Box 500 Sussex Correctional Institution__
Current Work Address

__Sussex County, Georgetown__   __DE__   __19947__
County, City   State   Zip Code


Defendant 2: __G. R. Johnson__
Name (Last, First)

__Warden__
Current Job Title

__P.O. Box 500 Sussex Correctional Institution__
Current Work Address

__Sussex County, Georgetown__   __DE__   __19947__
County, City   State   Zip Code

## Defendant(s) Continued

Defendant 3: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

County, City     State     Zip Code

Defendant 4: _____

Name (Last, First)

_____

Current Job Title

_____

Current Work Address

County, City     State     Zip Code

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Sussex Correctional Institution, Pretrial Housing unit-5

Date(s) of occurrence: 4/20/2017, 5/12/2017, 6/4/2017, 10/19/17

State which of your federal constitutional or federal statutory rights have been violated:

Eighth Amendment - prohibition of cruel and unusual punishment also protects your rights to safe and somewhat decent conditions in prison.

*State here briefly the FACTS that support your case. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

What happened to you?

On the dates stated above I Innocent Rogers was denied chow which in turn violated my Eighth Ammendmant rights. I have problems with my high blood pressure which I take medication for which in turn I must eat. I was deprived of a basic human need which is also aggrivated by my medical condition (high blood pressure).

**Who did what?**

On 4/20/2017 my first week on the Housing Unit (Pre-trial HU-5) and rather unfamiliar with the rules, I came out for chow and was told a piece of my t-shirt was hanging out of my pants. My shirt was tucked but Officer Diaz (First name unknown) insisted that he saw a piece of it hanging out, and denied me my chow. At first I just accepted as I'm a prisoner and he is the C.O. and he has the right to take from me what he wants. But after I seen him give others a warning who commited the same offense I had to wonder why I wasn't offered the same courtesy especially when it was my first time commiting the offense.

5/12/2017 Me and my cellmate at the time Khalil Seward were unaware that our time was next for chow. When the door opened we came out a second or two late but not outrageously late. Still we were denied chow without a warning for our first time commiting the offense. And again I seen him give this courtesy to other inmates on the Unit.

6/4/17 I walked out for chow and didn't notice at the time that my ID had fell because the clip was broke which secures it. Officer Diaz asked for my ID which I showed him the broken clip and explained that the ID fell. He ignored my plea and denied my chow.

10/19/17 I did not here Officer Diaz call my side for chow so I came out a second late. I was turned back around.

Page **6** of **10**

| Was anyone else involved? | No only Officer Diaz (First name unknown) was involved at the time besides those who witnessed the incedents and my cellmate at the time on the date of 5/12/2017 |
|---|---|

## VI. ADMINISTRATIVE PROCEDURES

*WARNING: Prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

Is there a grievance procedure available at your institution? ☑ Yes ☐ No

Have you filed a grievance concerning the facts relating to this complaint? ☑ Yes ☐ No
If no, explain why not:

Is the grievance process completed? ☐ Yes ☑ No
If no, explain why not:

I put a grievance form after the second incident and have never been seen. I don't even think the grievance went through. I also spoke with the mental health nurse about the incident.

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I want monetary and punitive damages in the amount of $350,000

## VIII. PRISONER'S LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g).*

Have you brought any other lawsuits in state or federal court while a prisoner? ☐ Yes ☒ No

    If yes, how many? _____

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

(Del. Rev. 11/14) Pro Se Prisoner Civil Rights Complaint

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; and (3) complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

_____     _____Innocent Rogers_____
Dated                                                                  Plaintiff's Signature

_Rogers, Innocent E_
Printed Name (Last, First, MI)

_00C63877_
Prison Identification #

_Sussex Correctional Institution P.O. Box 500,_ _Georgetown_ _DE_ _19947_
Prison Address                                              City                      State     Zip Code

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

I/M: Tanzenite Rogers    BLDG. Pre-Trial Housing Unit 5
SUSSEX CORRECTIONAL INSTITUTION
P.O. BOX 500
GEORGETOWN, DELAWARE 19947

003877

Clerk
U.S. District Court
Lockbox 18
844 N. King Street
Wilmington, DE 19801

FILED
DEC 27 2017
U.S. DISTRICT COURT
DISTRICT OF DELAWARE